IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**KIMBERLY WILSON, Individually and on**            **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.            No. 6:22-cv-6041-SOH

**OAKLAWN JOCKEY CLUB, INC.**            **DEFENDANT**

### MOTION TO WITHDRAW—ATTORNEYS DANIEL FORD AND JOSH SANFORD

Attorneys Daniel Ford and Josh Sanford, attorneys of record herein, for their Motion to Withdraw as counsel for Plaintiff, state as follows:

1. Daniel Ford has resigned as a full-time member of the Sanford Law Firm, PLLC, effective October 6, 2023.

2. Colby Qualls and Katherine Serrano and any other attorneys of Forester Haynie, PLLC, who have entered an appearance herein will remain counsel for Plaintiff.

3. Given Plaintiff's representation by Mr. Qualls and Ms. Serrano of Forester Haynie, PLLC, Josh Sanford of Sanford Law Firm, PLLC, moves to withdraw as counsel for Plaintiff.

4. This request in not being sought for the purpose of delay and will not prejudice either party.

WHEREFORE, premises considered, the undersigned respectfully requests that the Court order Daniel Ford and Josh Sanford withdrawn and terminated as counsel for Plaintiff.

Page 1 of 2
Kimberly Wilson, et al. v. Oaklawn Jockey Club, Inc
U.S.D.C. (W.D. Ark.) No. 6:22-cv-6041-SOH
Motion to Withdraw—Attorneys Daniel Ford and Josh Sanford

Respectfully submitted,

**ATTORNEYS DANIEL FORD and JOSH SANFORD**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

Josh Sanford
Ark Bar No. 2001037
josh@sanfordlawfirm.com

**Page 2 of 2
Kimberly Wilson, et al. v. Oaklawn Jockey Club, Inc
U.S.D.C. (W.D. Ark.) No. 6:22-cv-6041-SOH
Motion to Withdraw—Attorneys Daniel Ford and Josh Sanford**